*MINUTES*
Court of Appeals
Fourth Court of Appeals District
San Antonio, Texas

April 25, 2016

No. 04-15-00824-CV

**IN THE GUARDIANSHIP OF GEORGE V. GARCIA, AN INCAPACITATED PERSON**,

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2015PB6000016 L2
Honorable Jesus Garza, Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file brief is hereby GRANTED. Time is extended to April 28, 2016.

/s/ Karen Angelini
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of April, 2016.

/s/ Keith E. Hottle
Keith E. Hottle
Clerk of Court

Entered this 25th day of April, 2016.                                         VOL____PAGE____